UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| DANIEL COSTA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CLEAR LINK INSURANCE AGENCY, LLC<br><br>    Defendant. | Civil Case No.: 3:23-cv-05874-SAL |

## NOTICE OF SETTLEMENT

Defendant Clear Link Insurance Agency, LLC hereby notifies the Court that a settlement has been reached. The parties will file a stipulation of dismissal as soon as the settlement terms are finalized.

Dated: February 5, 2024.

**WOMBLE BOND DICKSINSON**

/s/Matthew E. Tillman
Matthew E. Tillman
Matthew.tillman@wbd-us.com
5 Exchange Street,
Charleston, SC, 29401
(843) 720-4625
(843) 723-7398 (fax)

*Counsel for Defendant Clear Link Insurance Agency, LLC*

## **CERTIFICATE OF SERVICE**

This certifies that I have this day filed the foregoing with the Court, which was also served on all attorneys of record and Plaintiff by e-mail.

*/s/ Matthew E. Tillman*
Matthew E. Tillman